DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK A. UPCHURCH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2405

[February 8, 2024]

Appeal of order denying rule 3.850 motion from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Robert Panse, Judge; L.T. Case No. 502018MM012801AXXX.

Robert David Malove of the Law Office of Robert David Malove, P.A., Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***